CHARLES N. RICHARDSON, Appellant, *v.* CITY OF MOUNT VERNON, Respondent.

*Richardson* v. *City of Mount Vernon*, 154 App. Div. 71, affirmed.

(Argued May 13, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover a balance alleged to be due upon a contract of sale.

*George H. Taylor, Jr.,* for appellant.

*Frank A. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.